UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROSE MARY SMITH AND
RODNEY G. SMITH

VS.                                                    CIVIL CASE NO. 2:17-cv-164-KS-MTP

STARR INDEMNITY & LIABILITY COMPANY

## ORDER

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the ___1st___ day of May, 2019.

                                             ___s/Keith Starrerr_____
                                             UNITED STATES DISTRICT JUDGE