IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROSE MARY SMITH,** *et al.* **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 2:17-CV-164-KS-MTP**

**STARR INDEMNITY & LIABILITY COMPANY** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the jury verdict [80] rendered on May 6, 2019, the Court enters this Final Judgment in favor of Plaintiff, Rose Mary Smith, and against Defendant, Starr Indemnity and Liability Company, in the amount of $37,000.00.

SO ORDERED AND ADJUDGED this 25th day of July, 2019.

    /s/  Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE